**FILED**

AUG 3 - 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 4-06-70465-~~BZ~~ WDB |
| Plaintiff, ) | |
| v. ) | PROTECTIVE ORDER RE |
| ) | DISCLOSURE OF CERTAIN |
| ) | MATERIALS TO DEFENSE COUNSEL |
| RAY VARGAS, ) | |
| Defendant. ) | |

The government is agreeable to providing material to defense counsel in advance of presentation of this case to the Grand Jury for indictment, that includes copies of one or more sealed documents, and memoranda of statements of a cooperating defendant witness, subject however, to a protective order that addresses the concerns of government counsel as to the safety of the cooperating defendant witness.

Good cause appearing, the disclosure of these materials to defense counsel is subject to the following terms and conditions of this Protective Order:

1. The United States will provide to defendant's counsel copies of the materials described above. This material shall be used in connection with this case and for no other purpose.

*cc: WDB's Stats, Copy to parties via ECF*

2. These materials shall not be copied. However, the contents of these materials may be disclosed by defense counsel to and discussed with the defendant, and to any other person working on this case with defense counsel. Copies of these materials shall not be provided to the defendant.

3. Disclosure of additional memoranda by the government for interviews of the cooperating defendant, and their use by defense counsel, shall be subject to the provisions of this Protective Order.

4. This Protective Order shall continue in force and effect until further order of this Court.

IT IS SO ORDERED.

DATED: 8-3-06

_____
WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

Approved:

DATED: 8/2/06

_____
GEORGE L. BEVAN JR.
Assistant United States Attorney
Counsel for the United States

DATED: 8/1/06

_____
ROBERT BELES, ESQ.
Counsel for Defendant Ray Vargas

PROTECTIVE ORDER