**Robert J. Beles** Bar No. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Defendant*
RAYMOND VARGAS

United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br>    vs.<br><br>RAYMOND VARGAS,<br><br>        *Defendant*. | No. CR 06-00561-1 SBA<br><br>ORDER FOR RETURN OF PASSPORT |

**ORDER FOR RETURN OF PASSPORT**

The parties having stipulated, it is hereby ordered that the clerk shall return defendant Raymond Vargas' passport to him or a representative of the Law Offices of Robert J. Beles forthwith.

Dated: 10/20/08

_____
Saundra Brown Armstrong
United States District Judge